UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL PLANT PRODUCTS, LLC, | No. 2:24-cv-00580 AC |
| Plaintiff, | |
| v. | SECOND ORDER TO SHOW CAUSE |
| CALOY COMPANY, LP, | |
| Defendant. | |

This case was filed on February 26, 2024, ECF No. 1, and has been assigned to the Magistrate Judge under the court's automated case assignment plan.  See Local Rules, Appendix A, subsection (m).  Pursuant to the Local Rule and the Civil Case Documents issued in this case (ECF No. 4) the parties are required to return the "CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION" form to the Clerk within 90 days from the date the action was filed, or within 14 days of removal from state court.  ECF No. 4 at 2.  The parties were cautioned that "[f]ailure to do so may result in the court vacating a hearing or declining to resolve the motion until all consent designations have been submitted."  Id.

On May 30, 2024, the undersigned issued an Order to Show Cause to plaintiff, noting that because this action was filed initially in federal court, the parties' consent/decline forms were due on May 27, 2024, and no forms had been filed.  ECF No. 10.  Plaintiff was given 14 days to file the forms or show good cause as to why they had not been filed, and was cautioned that failure to

file the forms or show good cause may result in sanctions.  There was no response to the Order to Show Cause.

It appears to the undersigned that plaintiff has abandoned this case.  Now, good cause appearing, IT IS ORDERED that plaintiff shall show cause, in writing, within 7 days, why its failure to respond to the order to show cause should not result in a recommendation that this case be dismissed for failure to prosecute.  Filing the consent/decline form within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the undersigned will direct the Clerk of Court to assign a District Judge to this case and will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: June 13, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE